## BOWLER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 1, September Term, 1962 (Adv.).]

*Decided May 18, 1962.*

Before BRUNE, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Harlan for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*